FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 OCT 17  P 3: 11

_F. LaVictoire_

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JENNIE ELLIOTT,

    Plaintiff,

vs.

FLYING J., INC.,

    Defendant.

CIVIL ACTION NO.: CV205-022

## ORDER

Defendant has filed a Motion *in Limine* seeking to prevent Plaintiff from introducing testimony or evidence pertaining to whether Plaintiff properly was paid on a salary basis, including but without limitation, any evidence pertaining to the docking of her pay. Additionally, Defendant seeks to prohibit Plaintiff and her counsel from comments indicating that Defendant's trial counsel is from out of state. Plaintiff has filed a Response and Defendant has filed a Reply. Defendant's motion is **GRANTED**. However, during *voir dire,* the Court will qualify prospective jurors as to any relationship between counsel and any prospective juror and will advise the prospective jurors as to the location of the offices of defense counsel.

    **SO ORDERED**, this 17th day of October, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)