# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 NOV 27 A 10: 51

CLERK_____
SO. DIST. OF GA

| | | |
|---|---|---|
| JENNIE ELLIOTT, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| FLYING J., INC., | : | |
| Defendant. | : | NO. CV205-22 |

### O R D E R

Presently before the Court is Defendant's motion to quash Plaintiff's November 22, 2006 subpoena as untimely. Defendant further requests that Plaintiff be prohibited from making any statement or comment at trial about the issuance of the subpoena, the documents requested, and/or the fact that the documents requested via the subpoena were not produced by Defendant. After careful consideration, Defendant's motion is **GRANTED.**

SO ORDERED, this __27th__ day of November, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)